IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Trenton Division

RECEIVED

AUG - 9 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | **Criminal No. 09-859 (JAP)** |
| MARC VELASQUEZ VERSON, | : | |
| ELLEN THOMPSON and | : | |
| DORIS MARTINEZ, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Because the ends of justice served by an extension of time outweigh the best interest of

the public and the defendant in a trial within the typical time requirements of the Speedy Trial

Act of 1974, it is ORDERED that the timeline set forth in the Order for Discovery and

Inspection be extended to correspond with a trial date of ___10/12/2010___.
                                                        at 9:30 am

In support of this Order, the Court makes the following findings:

1. Counsel for Mr. Velasquez and Ms. Martinez is unavailable for a trial on the existing trial

   date because of a conflict created by his necessary participation in another trial which is

   currently scheduled to continue through September 2010.

2. An extension of time will allow the parties to continue to explore pre-trial resolutions to the

   charges pending against the defendants, a process that requires more time because the

   defendants are deaf and physically separated from counsel.

       ___/s/ Joel A. Pisano___
       JOEL A. PISANO
       UNITED STATES DISTRICT JUDGE